# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 19, 2020

## NO. 03-19-00351-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of Texas, Appellants**

**v.**

**J.D. Fields & Company, Inc., Appellee**

### APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE AND JUSTICES TRIANA AND SMITH
### AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on May 23, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.